OPINION — AG — ** DUAL OFFICE HOLDING, CITY OFFICIAL ** IN VIEW OF 11 O.S. 1978 Supp., 8-106 [8-106] AND 11 O.S. 1978 Supp., 13-109 [11-13-109], WHERE A HOME RULE MUNICIPALITY'S CHARTER OR ORDINANCE PROVIDES THAT THE SAME PERSON MAY HOLD MORE THAN ONE OFFICE WITHIN THE SAME MUNICIPAL CORPORATION, SUCH ORDINANCE OR CHARTER PROVISION SHALL PREVAIL OVER THE DUAL OFFICE HOLDING PROHIBITION FOUND IN 51 O.S. 1971 6 [51-6] . (OFFICERS, CITIES OR TOWNS) CITE: 51 O.S. 1971 6 [51-6] (PATRICIA D. DEMPS) == SEE OPINION NO. 88-591 (1988) ==